IN THE SUPREME COURT OF THE STATE OF NEVADA

MARLON LORENZO BROWN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 80859

FILED

APR 0 8 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF MANDAMUS OR PROHIBITION*

This original pro se petition for a writ of mandamus or prohibition seeks a writ directing the district court to act on the postconviction petition for a writ of habeas corpus that petitioner filed below on January 31, 2020.

This court has complete discretion in deciding whether to entertain a petition seeking such relief. *Cote H. v. Eighth Judicial Dist. Court*, 124 Nev. 36, 39, 175 P.3d 906, 908 (2008). Having considered the petition and supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing

20-13276

such relief is warranted). Accordingly, without deciding upon the merits of any claims raised, we

ORDER the petition DENIED.[1]

_____Pickering_____, C.J.
Pickering

_____Hardesty_____, J.      _____Cadish_____, J.
Hardesty                           Cadish

cc:   Marlon Lorenzo Brown
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

---

[1]We are confident that the district court will resolve all pending matters as expeditiously as its calendar permits.